# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONALD PACKHAM,** #10406-045, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cv-00237-JPG ) |
| **T. G. WERLICH, ELIZABETH MILLS, JAMES TARASUIK, and FAISAL AHMED,** | ) ) ) ) ) |
| Defendants. | ) |

# ORDER

**GILBERT, District Judge:**

On May 7, 2021, the Court received a suggestion of death from counsel for the defendants indicating that Plaintiff is now deceased. (Doc. 91).

**IT IS HEREBY ORDER** that, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, a successor or representative of Plaintiff's estate shall file a motion for substitution of parties within **NINETY (90) DAYS** of the date of this Order (on or before **AUGUST 10, 2021**). If no successor or representative of Plaintiff's estate files said motion within the allotted time, this action shall be dismissed with prejudice.

The Clerk of Court is **DIRECTED** to send a copy of this Order addressed to "The Next of Kin of Donald Packham" to Plaintiff's last known address on file.

**IT IS SO ORDERED.**

DATED:  May 10, 2021              s/J. Phil Gilbert
                                  **J. PHIL GILBERT**
                                  **United States District Judge**